## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DON O. JORDAN | CIVIL ACTION |
| VERSUS | NO. 11-2178 |
| STEVE RADER, WARDEN | SECTION "J" (6) |

### ORDER

The Court, having independently considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's **Objection to the Magistrate's Report and Recommendation (Rec. Doc. 19)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion in this matter. Accordingly,

**IT IS ORDERED** that Petitioner's **Objection (Rec. Doc. 19)** is **OVERRULED;**

**IT IS FURTHER ORDERED** that Petitioner's Petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this   3rd   day of      February     , 2012.

_____
United States District Judge